

U.S. Department of Justice

*Fraud Section, Criminal Division, U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

KAC/DGR
F. #2022R00989

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2023

By ECF

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rashawn Russell
               Criminal Docket No. 23-152 (HG)

Dear Judge Gonzalez:

      The parties jointly request that the Court adjourn the status conference set for August 16, 2023 at 2:00 PM for at least 30 days. The Government is actively engaged in plea negotiations with defense counsel and the parties request additional time to pursue further negotiations.

      The parties request that the period from August 16, 2023 and the next status conference on or after September 15, 2023 be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defense to (a) review discovery; (b) investigate the evidence and possible defenses; and (c) engage in plea negotiations with the Government, all of which provide the basis for the Court to find that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      Attached is a proposed order for an adjournment of the status conference.

Respectfully submitted,

GLENN S. LEON  
Chief, Fraud Section  
Criminal Division, Department of Justice

*/s/ Kyle Crawford*  
Kyle Crawford, Trial Attorney  
Scott Armstrong, Assistant Deputy Chief  
Fraud Section, Criminal Division  
United States Department of Justice

BREON PEACE  
United States Attorney  
Eastern District of New York

*/s/ Drew Rolle*  
Drew G. Rolle  
Assistant United States Attorney