AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23-CR-00152 (HG)(SJB) |
| Rashawn Russell ) | |
| ) | |
| _____ ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/19/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

Karume James
Printed name of defendant's attorney

/s/ Sanket J. Bulsara
_____
Judge's signature

SANKET BULSARA
Judge's printed name and title