UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                      23-CR-00152 (HG)(SJB)

- against -

RASHAWN RUSSELL

                     Defendant.

- - - - - - - - - - - - - - - - X

**SANKET J. BULSARA, U.S.M.J.:**

      **CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES
MAGISTRATE JUDGE SANKET J. BULSARA**

    United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Sanket J. Bulsara. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Sanket J. Bulsara.

_____
Assistant United States Attorney, E.D.N.Y

_____
RASHAWN RUSSELL
Defendant

_____
Joseph Karume Samuel James
Attorney for the Defendant

By:  **BREON S. PEACE**
      **United States Attorney**

Dated: Brooklyn, New York
       September 19, 2023